IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

IN RE

AGRIPROCESSORS, INC.,

Debtor.

No. 09-CV-1012-LRR

**ORDER**

_____

The matter before the court is the Notice of Appeal (docket no. 1). Pursuant to Federal Rule of Bankruptcy Procedure 8009, the court shall expedite the briefing schedule in this matter. The appellants shall file their brief and appendix on or before Sunday, March 15, 2009, at noon. Any party who wishes to file an appellee's brief and appendix shall do so on or before Wednesday, March 18, 2009, at 5 p.m.

Appellants shall immediately order the transcript(s) of any relevant hearings before the Bankruptcy Judge. The parties' briefs shall conform with the requirements set forth in Federal Rule of Bankruptcy Procedure 8010. Pursuant to Federal Rule of Bankruptcy Procedure 8012, the court shall hear oral argument on Thursday, March 19, 2009, at 10:45 a.m. in the Temporary Courthouse in Cedar Rapids, Iowa. The Chapter 11 Trustee is directed to file a copy of the instant Order in the underlying Chapter 11 bankruptcy case.

**IT IS SO ORDERED.**

**DATED** this 11th day of March, 2009.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA